**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRITNEY C. CASH,

Plaintiff,

v. Case No.: 3:24-cv-256-WWB-JBT

PROFESSIONAL DEBT MEDIATION, INC., CREEKSIDE AT DUVAL, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC,

Defendants.
_________________________________/

# ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendant Professional Debt Mediation, Inc. (Doc. 43 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Professional Debt Mediation, Inc. are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Professional Debt Mediation, Inc. as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on May 28, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record