**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRITNEY C. CASH,

Plaintiff,

v. Case No.: 3:24-cv-256-WWB-JBT

CREEKSIDE AT DUVAL, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC and EQUIFAX INFORMATION
SERVICES, LLC,

Defendants.
_______________________________________/

# ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendants Creekside at Duval, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC. (Doc. 49 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Creekside at Duval, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Creekside at Duval, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC as Defendants in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on June 5, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record